Dismissed and Memorandum Opinion filed March 23, 2006









Dismissed and Memorandum Opinion filed March 23, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00943-CV

____________

 

JOHN F. BROWN, Appellant

 

V.

 

SOVEREIGN
SERVICES OF HOUSTON, INC. AND 

OMNI HOTEL MANAGEMENT
CORPORATION, Appellees

_______________________________________________

 

On Appeal
from the County Civil Court at Law No. 2

Harris County,
Texas

Trial
Court Cause No. 796,623

_______________________________________________

 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 31, 2005.  On March 10, 2006, appellant filed a motion
to dismiss the appeal.  See Tex. R. App. P. 42.1.  In his motion, appellant acknowledged that
this court lacks jurisdiction over the appeal because the case originated in
small claims court.  See Sultan
v. Mathew, 178 S.W.3d 747, 752 (Tex. 2005). 
The motion is granted.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed March 23, 2006.

Panel consists of Chief Justice Hedges and
Justices Yates and Guzman.